UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHAD W. NORMAN
ADC# 166746                                                                                      PLAINTIFF

V.                                    4:17CV00728 SWW

DANNY BRIGHTWELL,
President, First Community Bank –
Cabot, *et al*.                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Norman's claims are DISMISSED, WITHOUT PREJUDICE.

2. Dismissal constitute a "strike" pursuant to 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 12th day of March, 2018.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE