# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHAD W. NORMAN**
**ADC# 166746**                                                                                  **PLAINTIFF**

**V.**                     **4:17CV00728 SWW**

**DANNY BRIGHTWELL,**
**President, First Community Bank –**
**Cabot,** *et al***.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of March, 2018.

                                                                     /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE